ELECTRONICALLY FILED
7/18/2019 4:31 PM
38-CV-2019-900434.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

## IN THE CIRCUIT COURT OF
## HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| **EARLENE PRIDE,**  )<br><br>    **Plaintiff,**  )<br><br>**v.**  )<br><br>**LOWE'S HOME CENTERS, LLC.;**  )<br>**and fictitious defendants A & B whose**  )<br>**true names are unknown to Plaintiff at**  )<br>**this time and who may be responsible**  )<br>**for the claims set forth in this Complaint.**  )<br>**These entities shall be added by**  )<br>**amendment when their true names are**  )<br>**accurately ascertained through discovery.**  )<br>**Until such time, Plaintiff shall designate**  )<br>**these parties in accordance with**  )<br>**Rule 9(h),** *Alabama Rules of Civil Procedure.* )<br>**The term entity is intended to refer to all**  )<br>**legal entities including individual persons,**  )<br>**any and all forms of partnerships, all**  )<br>**forms of corporations and any**  )<br>**unincorporated association. The symbol**  )<br>**by which these party defendants are**  )<br>**designated is intended to include more**  )<br>**than one entity in the event discovery**  )<br>**reveals the descriptive characterization**  )<br>**applies to more than one entity.**  )<br><br>    **Defendants.**  ) | **Case No. _____**<br><br><br>**With Jury Demand** |

## COMPLAINT

COMES NOW the Plaintiff, Earlene Pride, acting by and through her undersigned counsel, and avers for this Complaint, upon knowledge with respect to her own acts and upon information and belief with respect to all other matters, as follows:

1

## Nature of this Action and Statement of Facts

1.     This is an action for damages suffered by the Plaintiff as a result of the Defendants' negligence and/or wantonness in the operation of the Lowe's Home Centers store located at 4801 Montgomery Highway, Dothan, Alabama 36303.

2.     At all times relevant to this Action, the Plaintiff was a business invitee of the named and unnamed Defendants identified herein.

3.     The events made the basis of this Action occurred on, or about, July 20, 2017 at the Lowe's Home Centers store (hereinafter the store) located at 4801 Montgomery Highway, Dothan, Alabama.

4.     At the time and place of the events made the basis of this Action, the Plaintiff was proceeding from the Lowe's Home Centers store to her automobile which was parked in the lot adjacent to the store.

5.     While so proceeding, the Plaintiff encountered a cable which had been placed by store personnel with the apparent intent of securing various riding lawn mowers which the store had for sale.  The subject cable and riding lawn mowers were located outside the store in an area near the sidewalk and adjacent to the thoroughfare used by vehicles to move about the parking lot.

6.     The Plaintiff's encounter with the subject cable caused her to fall which resulted in injuries to her person.  The cable was placed by store personnel acting within the line and scope of their employment with the Defendants and for the benefit thereof.  The cable presented a hazard to those entering and leaving the store and it constituted an unsafe condition.  No warning was placed to alert a shopper of the presence of the cable.

## Identification of the Parties

7.      At all times material hereto, the Plaintiff, Earlene Pride, was over the age of nineteen (19) years and was a resident citizen of Dothan, Houston County, Alabama.

8.      Upon information and belief, the named Defendant, Lowe's Home Centers, LLC is a foreign limited liability company with its principal address being 1000 Lowes Blvd., Mooresville, North Carolina 28117-8520.   Its registered agent for service is CSC Lawyers Incorporating SVC Inc., 150 South Perry Street, Montgomery, Alabama 36104.

9.      Fictitious defendant A is those individuals or entities not yet discovered or specifically identified whose negligence and/or wantonness caused or combined and concurred to cause Earlene Pride's damages as described herein.

10.     Fictitious defendant B is those individuals or entities, not yet discovered or specifically identified, who are vicariously liable for the damages suffered by the Plaintiff and caused by its agents, servants or employees pursuant to the agency and respondeat superior doctrine of the State of Alabama.

## Jurisdiction and Venue

11.     Plaintiff, Earlene Pride, is, and at all times relevant hereto was, a resident citizen of Houston County, Alabama.

12.     The incident which forms the basis of this lawsuit occurred in Dothan, Houston County, Alabama on, or about, July 20, 2017.

13.     The Defendants are subject to the jurisdiction of this Court because they transact business within this State and County and have committed a tort within this State and County as alleged herein.

14.     Venue is proper in this Court as the conduct giving rise to this Action occurred in Houston County, Alabama.

15.     The matter in controversy exceeds, exclusive of costs, Ten Thousand Dollars ($10,000.00).

## COUNT ONE

16.     Plaintiff restates each and every material allegation contained in paragraphs one through fifteen, above, as though fully set out herein.

17.     At the time of the events made the basis of this Action, the defendants owed the plaintiff the duty to be reasonably certain that the Plaintiff was not being invited into danger and to exercise ordinary care to render the subject premises in a reasonably safe condition.

18.     At the time of the events made the basis of this Action, the defendants breached their duty to the Plaintiff in that a hazardous condition was allowed to exist, and was in fact created by the defendants, on the premises and the defendants failed to take corrective action prior to the Plaintiff's encountering the hazardous condition.

19.     As a direct and proximate result of the negligent and/or wanton conduct of the defendants and their failure to keep the subject premises in a reasonably safe condition, the Plaintiff was caused to suffer physical injuries, to incur the costs associated with the care and treatment of such injuries and to further experience the substantial pain and suffering which accompanied the injuries.

WHEREFORE, the premises considered, the Plaintiff respectfully demands a judgment against the defendants in the amount of $74,999.00.

Dated this, the 18th day of July, 2019.

THE COCHRAN FIRM - DOTHAN, P.C.

/s/ Larry Givens
Larry Givens (GIV012)
111 East Main Street
Dothan, Alabama 36301
Ph. (334) 673-1555
Fx. (334) 699-7229
larrygivens@cochranfirm.com
Attorneys for Plaintiff

## JURY DEMAND

Plaintiff respectfully demands a trial by struck jury.

/s/ Larry Givens
Larry Givens (GIV012)

Pursuant to Rule 4(i)(2), *Alabama Rules of Civil Procedure*, Plaintiff respectfully requests service upon the named defendant by certified mail as follows:

Lowe's Home Centers, LLC
c/o CSC Lawyers Incorporating SVC Inc.
150 South Perry Street
Montgomery, Alabama 36104