IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARLENE PRIDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-605-ALB |
| | ) |
| LOWE'S HOMES CENTERS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

This matter comes before the court on Plaintiff Earlene Pride's Motion to Remand. (Doc. 6). Upon consideration, the motion is GRANTED, and the Clerk of Court is DIRECTED to take all necessary steps to REMAND this case to the Circuit Court of Houston County, Alabama.

**DONE** and **ORDERED** this 27th day of September 2019.

                                          /s/ Andrew L. Brasher
                                    ANDREW L. BRASHER
                                    UNITED STATES DISTRICT JUDGE